**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

    **v.**                      **CRIMINAL NO. 1:18CR18-02
                                      (Judge Keeley)**

**CHAD JUAN M. NEAL,**

      **Defendant.**

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 267),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

On April 22, 2019, the defendant, Chad Juan M. Neal ("Neal"), appeared before United States Magistrate Judge Michael J. Aloi and moved for permission to enter pleas of GUILTY to Counts One and Sixteen of the Indictment. After Neal stated that he understood that the magistrate judge is not a United States district judge, he consented to tendering his pleas before the magistrate judge. Previously, this Court had referred the guilty pleas to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the pleas were knowingly and voluntarily entered, and recommending to this Court whether the pleas should be accepted.

Based upon Neal's statements during the plea hearing and the government's proffer establishing that an independent factual basis for the pleas existed, the magistrate judge found that Neal was competent to enter pleas of guilty, that the pleas were freely and

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 267), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

voluntarily given, that he was aware of the nature of the charges against him and the consequences of his pleas, and that a factual basis existed for the tendered pleas. The magistrate judge entered a Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 267) finding a factual basis for the pleas and recommending that this Court accept Neal's pleas of guilty to Counts One and Sixteen of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. He further advised that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. The parties did not file any objections to the R&R.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Neal's guilty pleas, and **ADJUGES** him **GUILTY** of the crimes charged in Counts One and Sixteen of the Indictment.

Pursuant to Fed. R. Crim. P. 11(c)(3) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

USA v. NEAL                                                   1:18CR18-02

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 267),
ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer shall undertake a presentence investigation of Neal, and prepare a presentence report for the Court;

2. The Government and Neal shall provide their versions of the offense to the probation officer by **May 13, 2019**;

3. The presentence report shall be disclosed to Neal, defense counsel, and the United States on or before **July 12, 2019**; however, the Probation Officer shall not disclose any sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **July 26, 2019**;

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **August 2, 2019**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **August 2, 2019**.

**ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE (DKT. NO. 267), ACCEPTING GUILTY PLEA, AND SCHEDULING SENTENCING HEARING**

The magistrate judge remanded Neal to the custody of the U. S. Marshal.

The Court will conduct the sentencing hearing for the defendant on **Friday, August 16, 2019** at **9:30 A.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record and all appropriate agencies.

DATED: May 6, 2019

/s/ Irene M. Keeley
IRENE M. KEELEY
UNITED STATES DISTRICT JUDGE